LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETTE R. JONES,<br><br>                    Plaintiff,<br><br>          v.<br><br>ASTRAZENECA PHARMACEUTICALS,<br>L.P., ASTRAZENECA, L.P., AND ELI LILLY<br>AND COMPANY,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO.  C 06 1485 JL

Before the Honorable JAMES LARSON

[~~PROPOSED~~] **ORDER VACATING
AND/OR CONTINUING CASE
MANAGEMENT CONFERENCE**

Conference Date:      June 28, 2006
Conference Time:     10:30 AM
Location:                   Courtroom F, 15th Floor
                                   SAN FRANCISCO

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

hereby continues the June 28, 2006 Case Management Conference ("CMC") to

October 25, 2006 , at 10:30 a.m . In the event the case is not transferred as part of the MDL

No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re*

1  *Zyprexa Liability Litigation,* far enough in advance of the new CMC date, the parties shall file a Joint

2  CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

3      **IT IS SO ORDERED.**

4  DATED: _____June 26, 2006_____

5      Honor

    United

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER